

1983 Form

FILED
2016 JUN 14  A 10: 12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# In the United States District Court
# For the Northern District of Alabama

CV-16-P-0972-R

Willie L. Abercrombie # 258008

Rashad M. Byers # 260583, Robert Williams Jr # 170547

Joseph Jr Agee # 375782, Joshua Ready # 281562

Deotavous A. Wyatt # 266036, Jonathan B. Hagler # 237456

(Enter above the full name(s) of the
Plaintiff(s) in this action)

V

Sergant Lester Murray

Lieutenant Taylor, C.O. McLemore,

C.O. Walker

(Enter above the full name(s) of the
Defendant(s) in this action)

1. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes (✓)   No ( )

   B. If you answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit

         Plaintiff(s): Willie L. Abercrombie

         Defendant(s): Officer McDonald, et al.,

      2. Court (if Federal Court, name the district; if State Court, name the county)

         United State District Court, Northern Division, Montgomery AL

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   Still Pending

6. Approximate date of filing lawsuit __12-18-2015__

7. Approximate date of disposition __12-18-2015__

II. Place of present confinement __St. Clair Correctional Facility__

   A. Is there a prisoner grievance procedure in this institution?

   Yes ( )   No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes ( )   No (✓)

   C. If your answer is YES:

   1. What steps did you take? __N/A__

   2. What was the result? __N/A__

   D. If your answer is NO, explain why not? __They said they have no grievances__

III. Parties

   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) __Willie L. Abercrombie, #?__
   __Deotavous A. Wyatt, Rashad M. Byers, Joseph Jr Agee III__
   __Joshua Ready, Jonathan B. Hagler, Robert Williams Jr.__
   Address __1000 St. Clair Road, Springville, AL. 35146__

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant **Lester Murray**

is employed as **Sergant Lester Murray**

at **St. Clair Correctional Facility**

C. Additional Defendants **Lieutenant Taylor, C.O. McLemore**
**C.O. Walker**

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On 05-04-16 In Segregation Lockup in D-1 Block, A Fire took place, smoke so thick, it was suffocating, no one in the block could breathe. The fire went on over 3 hours. No officer Attempted to put fire out, nor bring a fan into the block to help ventilate the smoke. No body charts was given to no one in the block. Everyone in the entire block was in fear for their Lives.

#1, Sergant Lester Murray was the commander over the shift that day, he came in the block, looked at the scene then left out.

#2, Lieutenant Taylor, came in the dorm and said im tired of yall Animals then he left out.

#3, C.O. Walker was working D-1 cube that day, he left out the cube at 10:00 p.m. and did not return the cube stayed empty till 5:00 A.M. that morning.

V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Per inmate Willie Abercrombie we want $20,000 for Pain and Suffering

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05-13-16
                (date)

*signatures*

Signature(s)

Willie L. Abercrombie # 258008
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL. 35146
Bed # D-1-5

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the ADOC is not responsible for the substance or content of the enclosed communication."

BIRMINGHAM
AL 350
13 JUN '16
PM 3 L

NEOPOST
06 13 2016
US POSTAGE $000.67

ZIP 35146
041L11259476

SECURITY
JUN 14 2016
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

1 Free stamp

Office of Clerk
U.S. District Court
Northern District of Alabama
Hugo L. Black U.S. Courthouse
1729 - 5th Ave North
Birmingham, AL. 35203-2040